# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

PRE-SETTLEMENT FINANCE, LLC

          Plaintiff,

    -against-

THERESA M. ELLIS and SCOTT A. ZUKOWSKI

          Defendants.

Civil Action No. 2:18-cv-06339-KM-CLW

### JUDGMENT IN A CIVIL ACTION

The Court has ordered that:

The Plaintiff, Pre-Settlement Finance, LLC recover from the Defendant Theresa M. Ellis, the amount of Two hundred sixty two thousand one hundred sixty eight dollars and forty two cents ($262,168.42), plus pre-judgment interest since April 12, 2018, in the amount of $10,066.52 as of September 25, 2020 (.5% per annum for 2018, 1.5% per annum for 2019 and 2.5% per annum for 2020), along with costs in the amount of $400.00 for the filing fee and $129.99 for service fees on Theresa M. Ellis. Pursuant to the Contract, Plaintiff shall be entitled to request attorneys fees by separate motion.

This action was decided on September 24, 2020 by Judge Kevin McNulty, U.S.D.J. on Motions for Summary Judgment filed by Plaintiff, Pre-Settlement Finance, LLC and Defendants Theresa M. Ellis and Scott A. Zukowski, and the Court having granted Pre-Settlement Finance, LLC Summary Judgment on Count I, Breach of Contract and having dismissed Counts 2 through 6.

IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of Plaintiff, Pre-Settlement Finance, LLC and against Defendant Theresa M. Ellis.

Dated:     November 2, 2020

 /s/ Kevin McNulty
Honorable Kevin McNulty,
United States District Judge
